GARMAN TURNER GORDON, LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone: 725-777-3000
*Attorneys for Appellant Kyle Entity Holdings, LLC*

SHAW FISHMAN GLANTZ
& TOWBIN LLC
PETER J. ROBERTS, ESQ.
Illinois Bar No. 6239025
Email: proberts@shawfishman.com
321 North Clark Street, Ste. 800
Chicago, IL 60654
Telephone: 312-276-1322

LAW OFFICE OF BRIAN D. SHAPIRO, LLC
BRIAN D SHAPIRO, ESQ.
Nevada Bar No. 5772
Email: brian@brianshapirolaw.com
411 E. Bonneville Ave.; Ste. 300
Las Vegas, NV 89101
Telephone: 702-386-8600

*Attorneys for Appellee US Bank National Association as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NW VALLEY HOLDINGS LLC,<br><br>          Debtor.<br><br>KYLE ENTITY HOLDINGS, LLC<br><br>          Appellant,<br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS THE PLAN ADMINISTRATOR FOR THE KHI POST−CONSUMMATION TRUST AND THE LIQUIDATION TRUST ADMINISTRATOR FOR KHI LIQUIDATION TRUST,<br><br>          Appellee. | Case No. 2:16-cv-00168-RFB<br><br>Appeal from Case No. BK-S-15-10116-abl |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE**
**APPELLATE BRIEFS [FIFTH EXTENSION REQUESTED]**

Kyle Entity Holdings, LLC ("KEH"), by and through its counsel, the law firm of Garman Turner Gordon, LLP, and U.S. Bank National Association as the Plan Administrator for the KHI

Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust (collectively, the "Kimball Hill Trusts," and together with KEH, the "Parties"), by and though their counsel, Shaw Fishman Glantz & Towbin, LLC and the Law Office of Brian D. Shapiro, LLC, hereby stipulate as follows:

1. On January 25, 2016, KEH filed its *Notice of Appeal* [ECF No. 271 in BK-S-15-10116-abl] to the *Order on Objection to Claim* [ECF No. 169 in BK-S-15-10116-abl] entered by the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") on August 5, 2015, and the *Order on Motion to Amend or Set Aside Order on Objection to Claim* [ECF No. 257 in BK-S-15-10116-abl] entered by the Bankruptcy Court on January 11, 2016, thereby commencing the above-captioned appeal (the "Appeal").

2. On January 25, 2016, KEH also filed its *Notice of Election to Have Appeal Heard by the United States District Court Pursuant to 28 U.S.C. § 158(c)(1)(A)* [ECF No. 273 in BK-S-15-10116-abl].

3. This Court entered a *Minute Order in Chambers* [ECF No. 5] on April 12, 2016, which provided that KEH is required to file its opening brief on or before April 29, 2016, the Kimball Hill Trusts are required to file their answering brief on or before May 16, 2016, and KEH is required to file its reply brief on or before June 2, 2016 (collectively, the "Briefing Deadlines").[1]

4. On April 27, 2016, the Court entered the *Stipulation and Order for Extension of Time to File Appellate Briefs* [ECF No. 7] extending the briefing schedule 60 days in which KEH is required to file its opening brief on or before June 28, 2016, the Kimball Hill Trusts are required to file their answering brief on or before July 15, 2016, and KEH is required to file its reply brief on or before August 1, 2016.

5. On June 23, 2016, the Court entered the *Stipulation and Order for Extension of Time to File Appellate Briefs* [ECF No. 9] extending the briefing schedule 90 days in which KEH is required to file its opening brief on or before September 26, 2016, the Kimball Hill

---

[1] The debtor, NW Valley Holdings LLC, is not a party to the Appeal.

2

Trusts are required to file their answering brief on or before October 26, 2016, and KEH is required to file its reply brief on or before November 9, 2016.

6. On September 26, 2016, the Court entered the *Stipulation and Order for Extension of Time to File Appellate Briefs* [ECF No. 11] extending the briefing schedule 90 days in which KEH is required to file its opening brief on or before December 26, 2016, the Kimball Hill Trusts are required to file their answering brief on or before January 25, 2017, and KEH is required to file its reply brief on or before February 8, 2017.

7. On January 2, 2017, the Court entered the *Stipulation and Order for Extension of Time to File Appellate Briefs* [ECF No. 13] extending the briefing schedule 90 days in which KEH is required to file its opening brief on or before March 27, 2017, the Kimball Hill Trusts are required to file their answering brief on or before April 25, 2017, and KEH is required to file its reply brief on or before June 9, 2017 (the "Briefing Deadlines").

8. The Parties have reached a global settlement in principle of their respective claims, but need additional time to document the settlement and obtain any necessary approval of their compromise by bankruptcy courts in Illinois and Nevada.

9. Accordingly, subject to approval by this Court, the Parties have agreed to a 120-day extension of the Briefing Deadlines.

10. This is the fifth requested extension.

11. The Parties make this request in good faith and not for the purposes of delay.

DATED this 3rd day of March, 2017.

Case 2:16-cv-00168-RFB   Document 15   Filed 03/07/17   Page 4 of 4

GARMAN TURNER GORDON, LLP

/s/ Mark M. Weisenmiller
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARK M. WEISENMILLER, ESQ.
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
*Attorneys for Kyle Entity Holdings LLC*

/s/ Peter J. Roberts
SHAW FISHMAN GLANTZ
& TOWBIN LLC
PETER J. ROBERTS, ESQ.
321 North Clark Street, Ste. 800
Chicago, IL 60654

LAW OFFICE OF BRIAN D. SHAPIRO, LLC
BRIAN D SHAPIRO, ESQ.
411 E. Bonneville Ave.; Ste. 300
Las Vegas, NV 89101

*Attorneys for Appellee US Bank National Association as the Plan Administrator for the KHI Post-Consummation Trust and the Liquidation Trust Administrator for the KHI Liquidation Trust*

**IT IS SO ORDERED.**

Dated: __March 7, 2017.__

_____
RICHARD F. BOULWARE, II
United States District Judge

4